**Dismissed and Memorandum Opinion filed January 29, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00537-CV

---

### WALLACE MCNARY, Appellant

### V.

### PINE VILLAGE NORTH ASSOCIATION, ATTORNEY WAYMAN L. PRINCE, Appellee

---

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2016-47164**

---

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed January 5, 2018. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On December 4, 2018, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Spain.